UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| 1513 NORTH MILWAUKEE LLC, | ) | CASE NO. 10 B 22847 |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

## FINAL REPORT AND ACCOUNT

NOW COMES debtor, 1513 North Milwaukee LLC, and for its Final Report and Account as required by Fed. R. Bankr. P. 1019(5), states as follows:

1. The designated person to perform the acts of the debtor is Joseph Zivkovic.

2. The debtor states,

    a. On or before November 4, 2010, account for and turn over to the Chapter 7 Trustee all records and property of the estate under their custody and control as required by Fed. R. Bankr. P. 1019(4);

    **Answer: The designated person does not have all records and property of the estate.**

    **The records and property are under control and custody of John Munson, the state court appointed receiver.**

    b. On or before November 11, 2010, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

    **Answer: The designated person does not have a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case.**

The schedule of all debts incurred since commencement of the Chapter 11 are under control of John Munson, the state court appointed receiver. The designated person cannot provide a schedule.

Respectfully submitted,

1513 North Milwaukee LLC

By: ___/s/ *Aaron Spivack*

Aaron Spivack
811 West Superior Street
Chicago, Illinois 60642
312-275-0188
Attorney No. 20481
law@aspivack.com