UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   1513 NORTH MILWAUKEE LLC   §   Case No. 10-22847
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/15/2013 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/14/2012</u>   By:   <u>/s/Eugene Crane</u>
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: 1513 NORTH MILWAUKEE LLC   §   Case No. 10-22847
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of    $    1,101,520.98

and approved disbursements of    $    1,101,520.98

leaving a balance on hand of [1]    $    0.00

**Balance on hand:**    $    0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Wheaton Bank & Trust Company | 1,388,645.00 | 1,388,645.00 | 889,545.59 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 28,752.64 | 28,752.64 | 0.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 36,092.00 | 36,092.00 | 0.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 155.36 | 155.36 | 0.00 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 805.00 | 805.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   0.00
Remaining balance:   $   0.00

**All claims and administrative expenses were paid per Court Order 04/12/2012.**

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: United States Trustee | 975.00 | 975.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                           $         0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:                     $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:  $         0.00
Remaining balance:                                     $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-22847-PSH
1513 North Milwaukee LLC                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2            Date Rcvd: Dec 14, 2012
                              Form ID: pdf006           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
db         +1513 North Milwaukee LLC,   811 West Superior,   Chicago, IL 60642-4264
15668406   +At&T,   1513 N. Milwaukee,   Chicago, IL 60622-8568
15610422   +Burke and White,   5100 Main Street,   Downers Grove, IL 60515-4671
15668408   +Danielle Bauer,   1513 N Milwaukee,   Chicago, IL 60622-8568
15668407   +Greg Hovart,   1513 N. Milwaukee,   Chicago, IL 60622-8568
15610418  ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
             100 W. Randolph Street,   Chicago, IL 60601)
15610419    Illinois Department,   101 W. Jackson Street,   Springfield, IL 62702
15610420   +Illinois Department of Employment Security,   33 S. State Street,   Chicago, IL 60603-2808
15610421   +Illinois Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn Street,
             Chicago, IL 60604-1505
15668326   +WHEATLAND BANK,   211 S. Wheaton Ave.,   Wheaton, IL 60187-5256
17313117   +Wheatland Bank & Trust Company,   c/o William S. Hackney,   SmithAmundsen LLC,
             150 North Michigan Ave., Suite 3300,   Chicago, Illinois 60601-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16559335   +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 15 2012 03:10:32     Office of the U.S. Trustee,
             219 S. Dearborn St.,   Room 873,   Chicago, IL 60604-2027
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16396697     Office of the U.S. Trustee
15668409   ##+Cesar Urbina,   1513 N. Milwaukee,   Chicago, IL 60622-8568
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**               **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dramey               Page 2 of 2               Date Rcvd: Dec 14, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2012 at the address(es) listed below:
     Aaron  Spivack    on behalf of Debtor    1513 North Milwaukee LLC law@aspivack.com
     Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
      constantine.harvalis@usdoj.gov
     Ean L Kryska    on behalf of Creditor   Wheaton Bank & Trust Company ekryska@salawus.com,
      jadams@salawus.com
     Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
      jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
     Eugene  Crane     ecrane@craneheyman.com,
      il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
     Jeffrey C Dan    on behalf of Trustee Eugene  Crane jdan@craneheyman.com,
      gbalderas@craneheyman.com;dwelch@craneheyman.com
     John H Redfield    on behalf of Trustee Eugene  Crane jredfield@craneheyman.com,
      jmunoz@craneheyman.com
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
     William S Hackney, III    on behalf of Creditor   Wheaton Bank & Trust Company
      whackney@salawus.com,  jadams@salawus.com
                                                 TOTAL: 9