UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-22847 |
| 1513 N. Milwaukee, LLC | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

### ORDER APPROVING FINAL REPORT AND CLOSING ESTATE

AT CHICAGO, Illinois in said Division and District before the Honorable PAMELA S. HOLLIS, Bankruptcy Judge, this __ day of January, 2013;

THIS MATTER COMING on to be heard on the Motion of the Trustee, Eugene Crane ("Trustee"), on the Notice of Trustee's Final Report, it appearing that the estate contains a zero balance, all disbursements having been made, pursuant to 11 U.S.C. Section 506(c), which have been approved by Order of this Court, due and proper, notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Trustee is discharged and case be closed pursuant to the proper procedures.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: JAN 15 2013

**Prepared by:**

Eugene Crane, Esq.
(Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
Attorneys for Trustee
135 South LaSalle Street
Suite 3705
Chicago, Illinois  60603
312/641-6777

Rev: 201100318_bko