**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: 1513 NORTH MILWAUKEE LLC        § Case No. 10-22847
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,851.00                   Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $893,822.71    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $207,698.27

    3) Total gross receipts of $ 1,101,520.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,101,520.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,388,645.00 | $1,392,922.12 | $1,392,922.12 | $893,822.71 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 234,266.26 | 206,723.27 | 206,723.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 1,950.00 | 975.00 | 975.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,398,145.00 | $1,629,138.38 | $1,600,620.39 | $1,101,520.98 |

4) This case was originally filed under Chapter 11 on May 19, 2010 and it was converted to Chapter 7 on October 28, 2010. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013          By: /s/EUGENE CRANE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1513 N. Milwaukee Avenue, Chicago, IL | 1110-000 | 975,000.00 |
| Rents from Tenants | 1122-000 | 80,479.10 |
| Liquidation of Receiver bank account | 1229-000 | 46,019.29 |
| Interest Income | 1270-000 | 22.59 |
| **TOTAL GROSS RECEIPTS** | | **$1,101,520.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wheaton Bank & Trust Company | 4110-000 | 1,388,645.00 | 1,388,645.00 | 1,388,645.00 | 889,545.59 |
| | Chicago Title and Trust Company | 4120-000 | N/A | 4,277.12 | 4,277.12 | 4,277.12 |
| **TOTAL SECURED CLAIMS** | | | **$1,388,645.00** | **$1,392,922.12** | **$1,392,922.12** | **$893,822.71** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 56,295.63 | 28,752.64 | 28,752.64 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 36,092.00 | 36,092.00 | 36,092.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 155.36 | 155.36 | 155.36 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 805.00 | 805.00 | 805.00 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.04 | 0.04 | 0.04 |
| Wernick Key & Lock Service | 2420-000 | N/A | 817.75 | 817.75 | 817.75 |
| Wernick Key & Lock Service | 2420-000 | N/A | 817.75 | 817.75 | 817.75 |
| ComEd | 2420-000 | N/A | 57.27 | 57.27 | 57.27 |
| Cook County Treasurer | 2820-000 | N/A | 4,496.69 | 4,496.69 | 4,496.69 |
| Waveland Partners LLC | 2690-460 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Waveland Partners LLC | 2690-470 | N/A | 1,895.00 | 1,895.00 | 1,895.00 |
| Waveland Partners LLC | 2690-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Waveland Partners LLC | 2690-460 | N/A | 1,331.75 | 1,331.75 | 1,331.75 |
| Waveland Partners LLC | 2690-470 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Waveland Partners LLC | 2690-470 | N/A | 353.51 | 353.51 | 353.51 |
| Waste Management | 2420-000 | N/A | 121.68 | 121.68 | 121.68 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 38.51 | 38.51 | 38.51 |
| The Bank of New York Mellon | 2810-000 | N/A | -0.04 | -0.04 | -0.04 |
| Wernick Key & Lock Service | 2420-000 | N/A | 297.28 | 297.28 | 297.28 |
| Chicago's Real Estate Agency | 2420-000 | N/A | 222.32 | 222.32 | 222.32 |
| Waveland Partners LLC | 2420-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 45.20 | 45.20 | 45.20 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 886.22 | 886.22 | 886.22 |
| Chicago's Real Estate Agency | 2420-000 | N/A | 138.15 | 138.15 | 138.15 |
| AirCor | 2420-000 | N/A | 2,730.00 | 2,730.00 | 2,730.00 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 48.24 | 48.24 | 48.24 |
| JMB Insurance | 2420-750 | N/A | 5,183.00 | 5,183.00 | 5,183.00 |
| JMP Insurance | 2420-750 | N/A | 463.50 | 463.50 | 463.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 50.02 | 50.02 | 50.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.51 | 3.51 | 3.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.32 | 79.32 | 79.32 |
| Bank of New York Mellon | 2600-000 | N/A | 6.14 | 6.14 | 6.14 |
| Waveland Partners | 2690-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Waveland Partners | 2690-470 | N/A | 3.45 | 3.45 | 3.45 |
| ComEd | 2420-000 | N/A | 50.55 | 50.55 | 50.55 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 456.61 | 456.61 | 456.61 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 503.61 | 503.61 | 503.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 135.67 | 135.67 | 135.67 |
| Waveland Partners | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| ComEd | 2420-000 | N/A | 50.50 | 50.50 | 50.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 136.94 | 136.94 | 136.94 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 517.93 | 517.93 | 517.93 |
| ComEd | 2420-000 | N/A | 51.12 | 51.12 | 51.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 140.69 | 140.69 | 140.69 |
| CITY OF CHICAGO | 2500-000 | N/A | 1,945.71 | 1,945.71 | 1,945.71 |
| Maria's Cleaning and Construction | 2420-000 | N/A | 350.00 | 350.00 | 350.00 |
| Waveland Partners | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| ComEd | 2420-000 | N/A | 43.12 | 43.12 | 43.12 |
| Chicago Title and Trust Company | 2500-000 | N/A | 7,502.96 | 7,502.96 | 7,502.96 |
| Chicago Title and Trust Company | 2500-000 | N/A | 6,468.00 | 6,468.00 | 6,468.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 8,199.19 | 8,199.19 | 8,199.19 |
| Chicago Title and Trust Company | 2500-000 | N/A | 8,022.50 | 8,022.50 | 8,022.50 |
| Chicago Title and Trust Company | 3510-000 | N/A | 48,750.00 | 48,750.00 | 48,750.00 |
| Chicago Title and Trust Company | 3991-620 | N/A | 575.00 | 575.00 | 575.00 |
| Waveland Partners LLC | 3991-460 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 219.13 | 219.13 | 219.13 |
| Deadline Express | 2500-000 | N/A | 36.30 | 36.30 | 36.30 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| M.G.R. Legal Filing/Title Services | 2500-000 | N/A | 140.00 | 140.00 | 140.00 |
| ComEd | 2420-000 | N/A | 27.54 | 27.54 | 27.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,978.76 | 1,978.76 | 1,978.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 2,100.96 | 2,100.96 | 2,100.96 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 780.22 | 780.22 | 780.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,865.37 | 1,865.37 | 1,865.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.15 | 34.15 | 34.15 |
| JMB Insurance | 2420-000 | N/A | -1,761.00 | -1,761.00 | -1,761.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,024.51 | 1,024.51 | 1,024.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 935.97 | 935.97 | 935.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $234,266.26 | $206,723.27 | $206,723.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 6990-000 | N/A | 975.00 | 975.00 | 975.00 |
| United States Trustee | 6990-000 | N/A | 975.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $1,950.00 | $975.00 | $975.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Danielle Bauer | 5600-000 | 2,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Cesar Urbina | 5600-000 | 2,150.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 5600-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greg Hovart | 5600-000 | 2,150.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,500.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 10/28/10 (c)  
**§341(a) Meeting Date:** 11/30/10  

**Period Ending:** 01/23/13  
**Claims Bar Date:** 05/23/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1513 N. Milwaukee Avenue, Chicago, IL | 1,450,000.00 | 61,355.00 | | 975,000.00 | FA |
| 2 | Checking account | 5,851.00 | 5,851.00 | DA | 0.00 | FA |
| 3 | Rents from Tenants | Unknown | N/A | | 80,479.10 | FA |
| 4 | Liquidation of Receiver bank account (u) | Unknown | Unknown | | 46,019.29 | FA |
| 5 | Security Deposits from Tenants (refunded) (u) | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.59 | FA |
| 6 | **Assets Totals** (Excluding unknown values) | **$1,455,851.00** | **$67,206.00** | | **$1,101,520.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/11: Sale of building held on 11/28/11. Will check claims then close case.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** November 20, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/11 | | Anchor Realty Group | Liquidation of prior receiver's bank account for property | | 47,914.47 | | 47,914.47 |
| | {5} | | Security Deposit           1,895.18 | 1280-000 | | | 47,914.47 |
| | {4} | | Turnover of funds from     46,019.29 prior receiver | 1229-000 | | | 47,914.47 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 47,914.61 |
| 02/28/11 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.04 | 47,914.57 |
| 03/07/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 3,500.00 | 44,414.57 |
| 03/15/11 | {3} | Streamline Wireless, Inc. (AT&T) | Rent for AT&T at 1513 N. Milwaukee | 1222-000 | 2,501.53 | | 46,916.10 |
| 03/15/11 | {3} | Streamline Wireless, Inc. (AT&T) | Rent for AT&T at 1513 N. Milwaukee (March) | 1222-000 | 3,591.04 | | 50,507.14 |
| 03/15/11 | {3} | Elizabeth Schutte | Rent for Unit #4 | 1222-000 | 1,895.00 | | 52,402.14 |
| 03/17/11 | {3} | Streamline Wireless, Inc. (AT&T) | Rent for AT&T for 1513 N. Milwaukee check dated 3/1/2011 | 1222-000 | 2,501.53 | | 54,903.67 |
| 03/18/11 | {3} | Joshua Stroka | Rent for Unit #2 for March, 2011 | 1222-000 | 1,895.00 | | 56,798.67 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.91 | | 56,799.58 |
| 03/31/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 5,000.00 | 51,799.58 |
| 03/31/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 8,000.00 | 43,799.58 |
| 04/01/11 | {3} | Joshua Stroka | April rent for Unit #2 (minus rent credit) | 1222-000 | 1,295.00 | | 45,094.58 |
| 04/01/11 | {3} | Carrie Macchia | April rent for Unit #3 | 1222-000 | 2,000.00 | | 47,094.58 |
| 04/01/11 | {3} | Elizabeth Schutte | April rent for unit 4 | 1222-000 | 1,895.00 | | 48,989.58 |
| 04/20/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 46,489.58 |
| 04/20/11 | 1001 | Waste Management | Payment for services at 1513 N. Milwaukee Avenue  Account #151-8195239-2009-1 | 2420-000 | | 121.68 | 46,367.90 |
| 04/29/11 | {3} | Carrie Burkart & Daniel Macchia | May Rent for 1513 N. Milwaukee Unit 3 | 1122-000 | 1,400.00 | | 47,767.90 |
| 04/29/11 | {3} | Elizabeth Schutte | May rent for 1513 N. Milwaukee Unit 4 | 1122-000 | 1,895.00 | | 49,662.90 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 49,663.29 |
| 05/03/11 | | The Bank of New York Mellon | Reversal of BUWH 02/28/2011 | 2810-000 | | -0.04 | 49,663.33 |
| 05/10/11 | {3} | Joshua Stroka | May rent for 1513 N. Milwaukee Unit 2 | 1222-000 | 1,895.00 | | 51,558.33 |
| 05/17/11 | {3} | Streamline Wireless, Inc. | May rent for AT&T store 1513 N. Milwaukee Avenue | 1222-000 | 3,450.00 | | 55,008.33 |
| 05/17/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 52,508.33 |
| 05/25/11 | | To Account #9200******5666 | Transfer Funds to Checking Account | 9999-000 | | 1,000.00 | 51,508.33 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.00 | | 51,509.33 |
| 06/08/11 | {3} | Elizabeth Schutte | June rent for 1513 N. Milwaukee Unit 4 | 1222-000 | 1,495.00 | | 53,004.33 |
| 06/08/11 | {3} | Joshua Stroka | June rent for 1513 N. Milwaukee Unit 2 | 1222-000 | 1,895.00 | | 54,899.33 |
| 06/08/11 | {3} | Carrie Burkart & Daniel Macchia | June Rent for 1513 N. Milwaukee Unit 3 | 1222-000 | 2,000.00 | | 56,899.33 |

Subtotals :            $79,521.01         $22,621.68

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM     V.13.11

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  
**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 2,800.00 | 54,099.33 |
| 06/15/11 | {3} | Streamline Wireless, Inc. | June rent for AT&T store 1513 N. Milwaukee Avenue | 1222-000 | 3,450.00 | | 57,549.33 |
| 06/15/11 | | To Account #9200******5666 | Transfer Funds to Checking Account | 9999-000 | | 2,500.00 | 55,049.33 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 55,049.77 |
| 07/07/11 | | From Account #9200******5666 | Transfer rent deposits to Money Market | 9999-000 | 5,790.00 | | 60,839.77 |
| 07/07/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 6,000.00 | 54,839.77 |
| 07/19/11 | | To Account #9200******5666 | Transfer Funds to Checking Account | 9999-000 | | 3,000.00 | 51,839.77 |
| 07/25/11 | {3} | Joshua Stroka | August rent for 1513 N. Milwaukee Unit 2 | 1222-000 | 1,895.00 | | 53,734.77 |
| 07/25/11 | {3} | Streamline Wireless, Inc. | July rent for AT&T store 1513 N. Milwaukee Avenue | 1222-000 | 3,450.00 | | 57,184.77 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 57,185.23 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.46 | 57,099.77 |
| 08/04/11 | {3} | Elizabeth Schutte | August rent for 1513 N. Milwaukee Unit 4 | 1222-000 | 1,895.00 | | 58,994.77 |
| 08/04/11 | {3} | Carrie Burkart & Daniel Macchia | August Rent for 1513 N. Milwaukee Unit 3 | 1222-000 | 2,000.00 | | 60,994.77 |
| 08/15/11 | 1002 | Waveland Partners | Management Company monthly fee period of July 15, 2011 to August 15, 2011 | 2690-460 | | 2,500.00 | 58,494.77 |
| 08/15/11 | 1003 | Waveland Partners | Management Company monthly fee period of July 15, 2011 to August 15, 2011 | 2690-470 | | 3.45 | 58,491.32 |
| 08/22/11 | {3} | Streamline Wireless, Inc. | August rent for AT&T store 1513 N. Milwaukee Avenue | 1222-000 | 3,450.00 | | 61,941.32 |
| 08/25/11 | 1004 | Maria's Cleaning and Construction | Mold eradication and repair drywall at 1513 N. Milwaukee<br>Invoice #1024 | 2420-000 | | 503.61 | 61,437.71 |
| 08/31/11 | {3} | Joshua Stroka | September rent for 1513 N. Milwaukee Unit 2 | 1122-000 | 1,895.00 | | 63,332.71 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 | | 63,333.22 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.59 | 63,193.63 |
| 09/09/11 | {3} | Elizabeth Schutte | September rent for 1513 N. Milwaukee Unit 4 | 1122-000 | 1,895.00 | | 65,088.63 |
| 09/09/11 | {3} | Carrie Burkart & Daniel Macchia | September Rent for 1513 N. Milwaukee Unit 3 | 1122-000 | 2,000.00 | | 67,088.63 |
| 09/12/11 | {3} | Streamline Wireless, Inc. | September rent for AT&T store 1513 N. Milwaukee Avenue | 1122-000 | 3,450.00 | | 70,538.63 |
| 09/15/11 | 1005 | Waveland Partners | Management fees for Aug. 15 -Sept. 15, 2011 1513 N. Milwaukee Ave. | 3991-460 | | 2,500.00 | 68,038.63 |
| 09/22/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 700.00 | 67,338.63 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.92 | 67,342.55 |
| 09/27/11 | {3} | Joshua Stroka | October rent for 1513 N. Milwaukee Unit 2 | 1122-000 | 1,895.00 | | 69,237.55 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.54 | | 69,238.09 |
| | | | Subtotals : | | $33,066.95 | $20,728.19 | |

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM   V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847
**Case Name:** 1513 NORTH MILWAUKEE LLC

**Taxpayer ID #:** **-***5072
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-65 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 136.94 | 69,101.15 |
| 10/10/11 | {3} | Elizabeth Schutte | October rent for 1513 N. Milwaukee Unit 4 | 1122-000 | 1,895.00 | | 70,996.15 |
| 10/10/11 | {3} | Carrie Burkart & Daniel Macchia | October Rent for 1513 N. Milwaukee Unit 3 | 1122-000 | 2,000.00 | | 72,996.15 |
| 10/21/11 | | To Account #9200******5666 | Transfer funds to checking account | 9999-000 | | 2,500.00 | 70,496.15 |
| 10/21/11 | 1006 | Maria's Cleaning and Construction | Cleaning common area, mold clean up at 1513 N. Milwaukee<br>Invoice #1035 | 2420-000 | | 517.93 | 69,978.22 |
| 10/21/11 | 1007 | ComEd | Electric Service, Account #5902139043 | 2420-000 | | 51.12 | 69,927.10 |
| 10/31/11 | {3} | Joshua Stroka | November rent for 1513 N. Milwaukee Unit 2 | 1122-000 | 1,895.00 | | 71,822.10 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.60 | | 71,822.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 140.69 | 71,682.01 |
| 11/04/11 | {3} | Elizabeth M. Schutte | November rent for 1513 N. Milwaukee | 1122-000 | 1,895.00 | | 73,577.01 |
| 11/04/11 | {3} | Carrie L. Burkart | November rent for 1513 N. Milwaukee | 1122-000 | 1,225.00 | | 74,802.01 |
| 11/09/11 | | To Account #9200******5668 | Transfer funds from Money Market to checking | 9999-000 | | 1,945.71 | 72,856.30 |
| 11/09/11 | | To Account #9200******5668 | Transfer from money market to checking | 9999-000 | | 1,895.06 | 70,961.24 |
| 11/10/11 | {3} | Streamline Wireless, Inc. | October rent for AT&T store 1513 N. Milwaukee Avenue | 1122-000 | 3,450.00 | | 74,411.24 |
| 11/11/11 | 1008 | Maria's Cleaning and Construction | Cleaning common area at 1513 N. Milwaukee Oct. 2011<br>Invoice #1037 | 2420-000 | | 350.00 | 74,061.24 |
| 11/16/11 | 1009 | Waveland Partners | Management fees for Oct. 15 -Nov. 15, 2011 1513 N. Milwaukee Ave. | 3991-460 | | 2,500.00 | 71,561.24 |
| 11/21/11 | {3} | Streamline Wireless, Inc. | November rent for AT&T store 1513 N. Milwaukee Avenue | 1122-000 | 3,450.00 | | 75,011.24 |
| 11/22/11 | | To Account #9200******5666 | Transfer funds to checking | 9999-000 | | 3,000.00 | 72,011.24 |
| 11/23/11 | | Chicago Title and Trust Company | Proceeds on sale of 1513 N. Milwaukee Avenue | | 891,205.23 | | 963,216.47 |
| | {1} | | Gross proceeds from sale of real property 975,000.00 | 1110-000 | | | 963,216.47 |
| | | | Closing credit to buyer -7,502.96 | 2500-000 | | | 963,216.47 |
| | | | Pro-rated rent November 2011 -6,468.00 | 2500-000 | | | 963,216.47 |
| | | | Pro-rated RE taxes Jan. 2011 to Nov. 2011 -8,199.19 | 2820-000 | | | 963,216.47 |
| | | | Closing costs -8,022.50 | 2500-000 | | | 963,216.47 |
| | | | Real Estate Broker Commission -48,750.00 | 3510-000 | | | 963,216.47 |
| | | | Survey Fees -575.00 | 3991-620 | | | 963,216.47 |

Subtotals : $907,015.83 $13,037.45

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM  V.13.11

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payoff of City of Chicago Judgments     -4,277.12 | 4120-000 | | | 963,216.47 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 963,217.54 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 219.13 | 962,998.41 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.16 | | 963,006.57 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,978.76 | 961,027.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 8.14 | | 961,035.95 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2,100.96 | 958,934.99 |
| 02/28/12 | | To Account #9200******5669 | Transfer funds to Money Market | 9999-000 | | 500,000.00 | 458,934.99 |
| 02/28/12 | 1010 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-22847, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 780.22 | 458,154.77 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,865.37 | 456,289.40 |
| 03/22/12 | | JMB Insurance | Refund of insurance premium (pro-rata) | 2420-000 | | -1,761.00 | 458,050.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 935.97 | 457,114.43 |
| 04/12/12 | | From Account #9200******5666 | Transfer funds to close case | 9999-000 | 269.71 | | 457,384.14 |
| 04/12/12 | | From Account #9200******5669 | Transfer funds to close case | 9999-000 | 498,941.45 | | 956,325.59 |
| 04/12/12 | 1011 | EUGENE CRANE | Dividend paid 100.00% on $28,752.64, Trustee Compensation; Reference: | 2100-000 | | 28,752.64 | 927,572.95 |
| 04/12/12 | 1012 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $36,092.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 36,092.00 | 891,480.95 |
| 04/12/12 | 1013 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $155.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 155.36 | 891,325.59 |
| 04/12/12 | 1014 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $805.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 805.00 | 890,520.59 |
| 04/12/12 | 1015 | United States Trustee | Dividend paid 100.00% on $975.00, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 975.00 | 889,545.59 |
| 04/12/12 | 1016 | Wheaton Bank & Trust Company | Dividend paid 64.05% on $1,388,645.00; Claim# 3; Filed: $1,388,645.00; Reference: | 4110-000 | | 889,545.59 | 0.00 |

Subtotals :     $499,228.53     $1,462,445.00

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM     V.13.11

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,518,832.32 | 1,518,832.32 | $0.00 |
| | | | Less: Bank Transfers | | 505,001.16 | 546,840.77 | |
| | | | **Subtotal** | | **1,013,831.16** | **971,991.55** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,013,831.16** | **$971,991.55** | |

{} Asset reference(s)  
Printed: 01/23/2013 01:39 PM V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  
**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 3,500.00 | | 3,500.00 |
| 03/07/11 | 101 | Wernick Key & Lock Service | Deposit for locksmith at 1513 N. Milwaukee building | 2420-000 | | 817.75 | 2,682.25 |
| 03/11/11 | 102 | Wernick Key & Lock Service | Balance for locksmith repairs at 1513 N. Milwaukee building | 2420-000 | | 817.75 | 1,864.50 |
| 03/11/11 | 103 | ComEd | Payment of Building Electric bill for month of January Account #5902139034 | 2420-000 | | 57.27 | 1,807.23 |
| 03/31/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 5,000.00 | | 6,807.23 |
| 03/31/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 8,000.00 | | 14,807.23 |
| 03/31/11 | 104 | Cook County Treasurer | 2010 - First Installment, 1513 N. Milwaukee Ave., Chicago, IL 60622, PIN #17-06-200-019-0000 PH: 312-641-6777, ecrane@craneheyman.com | 2820-000 | | 4,496.69 | 10,310.54 |
| 03/31/11 | 105 | Waveland Partners LLC | Payment of management fees for period 02-15-2011 to 03-15-2011 | 2690-460 | | 1,500.00 | 8,810.54 |
| 03/31/11 | 106 | Waveland Partners LLC | Payment of management expenses (Leasing commission Unit 2) | 2690-470 | | 1,895.00 | 6,915.54 |
| 03/31/11 | 107 | Waveland Partners LLC | Management fees first month period ending 02-15-2011 | 2690-460 | | 2,500.00 | 4,415.54 |
| 03/31/11 | 108 | Waveland Partners LLC | Management expenses first month period ending 02-15-2011 (on-site mgmt fee) | 2690-460 | | 1,331.75 | 3,083.79 |
| 03/31/11 | 109 | Waveland Partners LLC | Management expenses period 03-15-2011 to 03-29-2011 (leasing commission unit 3) | 2690-470 | | 2,000.00 | 1,083.79 |
| 03/31/11 | 110 | Waveland Partners LLC | Management expenses period 03-15-2011 to 03-29-2011 (Balance for locksmith) | 2690-470 | | 353.51 | 730.28 |
| 04/20/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 3,230.28 |
| 04/20/11 | 111 | Waveland Partners LLC | Real estate management fees for March 15-April 15, 2011 for 1513 N. Milwaukee Avenue | 3991-460 | | 2,500.00 | 730.28 |
| 04/28/11 | 112 | ComEd | Electricity Service 03-16-11 to 04-11-2011 Account Number 5902139043 | 2420-000 | | 38.51 | 691.77 |
| 05/04/11 | 113 | Wernick Key & Lock Service | Locksmith service for 1513 N. Milwaukee Ave property front door | 2420-000 | | 297.28 | 394.49 |
| 05/04/11 | 114 | Chicago's Real Estate Agency | Expenses incurred for management of 1513 N. Milwaukee | 2420-000 | | 222.32 | 172.17 |
| 05/17/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 2,672.17 |
| 05/17/11 | 115 | Waveland Partners LLC | Management Fees April 15 - May 15, 2011 | 2420-000 | | 2,500.00 | 172.17 |
| | | | Subtotals : | | $21,500.00 | $21,327.83 | |

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM   V.13.11

Case 10-22847    Doc 134    Filed 03/20/13    Entered 03/20/13 12:45:53    Desc Main
Document      Page 15 of 20

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 10-22847
**Case Name:** 1513 NORTH MILWAUKEE LLC

**Taxpayer ID #:** **-***5072
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1513 N. Milwaukee | | | | |
| 05/24/11 | 116 | ComEd | Electric bill 1513 N. Milwaukee Chicago; Account #5902139043 | 2420-000 | | 45.20 | 126.97 |
| 05/25/11 | | From Account #9200******5665 | Transfer Funds to Checking Account | 9999-000 | 1,000.00 | | 1,126.97 |
| 05/27/11 | 117 | Maria's Cleaning and Construction | Initial cleaning and supplies for 1513 N. Milwaukee Avenue | 2420-000 | | 886.22 | 240.75 |
| 05/27/11 | 118 | Chicago's Real Estate Agency | Expenses for management at 1513 N. Milwaukee<br>Invoice #315 | 2420-000 | | 138.15 | 102.60 |
| 06/09/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 2,800.00 | | 2,902.60 |
| 06/09/11 | 119 | AirCor | Air conditioning service at 1513 N. Milwaukee Avenue, Unit 4 | 2420-000 | | 2,730.00 | 172.60 |
| 06/15/11 | | From Account #9200******5665 | Transfer Funds to Checking Account | 9999-000 | 2,500.00 | | 2,672.60 |
| 06/16/11 | 120 | Waveland Partners LLC | Real estate management fees for May 15, 2011 to June 15, 2011 for 1513 N. Milwaukee Avenue | 3991-460 | | 2,500.00 | 172.60 |
| 06/23/11 | 121 | ComEd | Electric bill 1513 N. Milwaukee Chicago; Account #5902139043 | 2420-000 | | 48.24 | 124.36 |
| 07/05/11 | {3} | Elizabeth Schutte | July rent for 1513 N. Milwaukee Unit 4 | 1222-000 | 1,895.00 | | 2,019.36 |
| 07/05/11 | {3} | Joshua Stroka | July rent for 1513 N. Milwaukee Unit 2 | 1222-000 | 1,895.00 | | 3,914.36 |
| 07/05/11 | {3} | Carrie Burkart & Daniel Macchia | July Rent for 1513 N. Milwaukee Unit 3 | 1222-000 | 2,000.00 | | 5,914.36 |
| 07/07/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 6,000.00 | | 11,914.36 |
| 07/07/11 | | To Account #9200******5665 | Transfer rent deposits to Money Market | 9999-000 | | 5,790.00 | 6,124.36 |
| 07/07/11 | 122 | JMB Insurance | Insurance policy for 1513 N. Milwaukee 04/14/2011 to 04/14/2012<br>Policy #434581 | 2420-750 | | 5,183.00 | 941.36 |
| 07/07/11 | 123 | JMP Insurance | Payment for Umbrella Policy for 1513 N. Milwaukee & 2650 N. Halsted<br>Policy #UEP1620 | 2420-750 | | 463.50 | 477.86 |
| 07/19/11 | | From Account #9200******5665 | Transfer Funds to Checking Account | 9999-000 | 3,000.00 | | 3,477.86 |
| 07/19/11 | 124 | Waveland Partners LLC | Real estate management fees for June 15, 2011 to July 15, 2011 for 1513 N. Milwaukee Avenue | 3991-460 | | 2,500.00 | 977.86 |
| 07/26/11 | 125 | ComEd | ComEd Bill Account Number 5902139043 | 2420-000 | | 50.02 | 927.84 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.51 | 924.33 |
| 08/25/11 | 126 | ComEd | Electric bill for 1513 N. Milwaukee, Account #5902139043 | 2420-000 | | 50.55 | 873.78 |
| 08/25/11 | 127 | Maria's Cleaning and Construction | Plumbing work for 1513 N. Milwaukee Unit 3 | 2420-000 | | 456.61 | 417.17 |

Subtotals :   $21,090.00   $20,845.00

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM    V.13.11

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on 08/05/2011<br>Invoice #1023 | | | | |
| 08/31/11 | {3} | Joshua Stroka | September rent for 1513 N. Milwaukee Unit 2 Reversed to dep into MMA account | 1222-000 | 1,895.00 | | 2,312.17 |
| 08/31/11 | {3} | Joshua Stroka | Reversed Deposit 100004 1 September rent for 1513 N. Milwaukee Unit 2 | 1222-000 | -1,895.00 | | 417.17 |
| 09/22/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 700.00 | | 1,117.17 |
| 09/22/11 | 128 | Maria's Cleaning and Construction | Cleaning June 2011 for 1513 N. Milwaukee Avenue<br>Invoice #1015 | 2420-000 | | 350.00 | 767.17 |
| 09/22/11 | 129 | Maria's Cleaning and Construction | Cleaning July 2011 for 1513 N. Milwaukee Avenue<br>Invoice #1020 | 2420-000 | | 350.00 | 417.17 |
| 09/22/11 | 130 | Maria's Cleaning and Construction | Cleaning August 2011 for 1513 N. Milwaukee Avenue<br>Invoice #1032 | 2420-000 | | 350.00 | 67.17 |
| 09/22/11 | 131 | ComEd | Electric bill for 1513 N. Milwaukee, Account #5902139043 | 2420-000 | | 50.50 | 16.67 |
| 10/21/11 | | From Account #9200******5665 | Transfer funds to checking account | 9999-000 | 2,500.00 | | 2,516.67 |
| 10/21/11 | 132 | Waveland Partners LLC | Real estate management fees for September 15, 2011 to October 15, 2011 for 1513 N. Milwaukee Avenue | 3991-460 | | 2,500.00 | 16.67 |
| 11/22/11 | | From Account #9200******5665 | Transfer funds to checking | 9999-000 | 3,000.00 | | 3,016.67 |
| 11/22/11 | 133 | ComEd | Electricity Service 10-10-2011 to 11-05-2011 Account Number 5902139043 | 2420-000 | | 43.12 | 2,973.55 |
| 11/29/11 | 134 | Waveland Partners LLC | RE mgmt fees for November 15, 2011 to November 28, 2011 for 1513 N. Milwaukee Avenue FINAL INVOICE | 3991-460 | | 2,500.00 | 473.55 |
| 12/06/11 | 135 | Deadline Express | Messenger service fee; package to buyer's attorney | 2500-000 | | 36.30 | 437.25 |
| 12/06/11 | 136 | M.G.R. Legal Filing/Title Services | Zoning certification charges Invoice #151333 | 2500-000 | | 140.00 | 297.25 |
| 12/20/11 | 137 | ComEd | Electricity Service 11-05-2011 to 11-23-2011 Account Number 5902139043 | 2420-000 | | 27.54 | 269.71 |
| 04/12/12 | | To Account #9200******5665 | Transfer funds to close case | 9999-000 | | 269.71 | 0.00 |

Subtotals :  $6,200.00   $6,617.17

{} Asset reference(s)  
Printed: 01/23/2013 01:39 PM   V.13.11

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 48,790.00 | 48,790.00 | $0.00 |
| | | | Less: Bank Transfers | | 43,000.00 | 6,059.71 | |
| | | | **Subtotal** | | **5,790.00** | **42,730.29** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,790.00** | **$42,730.29** | |

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM　　V.13.11

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/11 | {5} | Joshua Stroka | Security deposit for 1513 N. Milwaukee Unit #2 ( J. Stroka and Ryan Johnson) | 1280-000 | 1,895.00 | | 1,895.00 |
| 04/01/11 | {5} | Daniel Macchia | Security Deposit for 1513 N. Milwaukee, Unit #3 | 1280-000 | 2,000.00 | | 3,895.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,895.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,895.06 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,895.09 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,895.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.14 | 3,888.98 |
| 08/09/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.14 | 3,895.12 |
| 08/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,895.12 |
| 08/10/11 | | To Account #9200******5668 | Transfer to DDA 92004044725668 | 9999-000 | | 3,895.12 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,895.12 | 3,895.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,895.12 | |
| | | | **Subtotal** | | **3,895.12** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,895.12** | **$0.00** | |

{} Asset reference(s)

Printed: 01/23/2013 01:39 PM    V.13.11

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC  

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-68 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -6.14 | 6.14 |
| 08/09/11 | | Bank of New York Mellon | Correction for fee refund adjustment (bank error) | 2600-000 | | 6.14 | 0.00 |
| 08/10/11 | | From Account #9200******5667 | Transfer to DDA 92004044725668 | 9999-000 | 3,895.12 | | 3,895.12 |
| 11/08/11 | 101 | CITY OF CHICAGO | Final water bill for 1513 N. Milwaukee | 2500-000 | | 1,945.71 | 1,949.41 |
| 11/09/11 | | From Account #9200******5665 | Transfer funds from Money Market to checking | 9999-000 | 1,945.71 | | 3,895.12 |
| 11/09/11 | | From Account #9200******5665 | Transfer from money market to checking | 9999-000 | 1,895.06 | | 5,790.18 |
| 11/09/11 | 102 {5} | 1513 Milwaukee Ave., LLC | Security Deposits for rental units at 1513 N. Milwaukee Avenue | 1280-000 | -5,790.18 | | 0.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,945.71 | 1,945.71 | $0.00 |
| | | | Less: Bank Transfers | | 7,735.89 | 0.00 | |
| | | | **Subtotal** | | -5,790.18 | 1,945.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-5,790.18** | **$1,945.71** | |

{} Asset reference(s)                                                    Printed: 01/23/2013 01:39 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

**Case Number:** 10-22847  
**Case Name:** 1513 NORTH MILWAUKEE LLC

**Taxpayer ID #:** **-***5072  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-69 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/12 |  | From Account #9200******5665 | Transfer funds to Money Market | 9999-000 | 500,000.00 |  | 500,000.00 |
| 02/29/12 | Int | The Bank of New York Mellon | Interest posting at 0.0000% | 1270-000 | 0.11 |  | 500,000.11 |
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 34.15 | 499,965.96 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 1,024.51 | 498,941.45 |
| 04/12/12 |  | To Account #9200******5665 | Transfer funds to close case | 9999-000 |  | 498,941.45 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** |  | 500,000.11 | 500,000.11 | $0.00 |
| Less: Bank Transfers |  | 500,000.00 | 498,941.45 |
| **Subtotal** |  | 0.11 | 1,058.66 |
| Less: Payments to Debtors |  |  | 0.00 |
| **NET Receipts / Disbursements** |  | **$0.11** | **$1,058.66** |

| | |
|---|---|
| Net Receipts : | 1,017,726.21 |
| Plus Gross Adjustments : | 83,794.77 |
| Net Estate : | $1,101,520.98 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******56-65** | 1,013,831.16 | 971,991.55 | 0.00 |
| **Checking # 9200-******56-66** | 5,790.00 | 42,730.29 | 0.00 |
| **MMA # 9200-******56-67** | 3,895.12 | 0.00 | 0.00 |
| **Checking # 9200-******56-68** | -5,790.18 | 1,945.71 | 0.00 |
| **Checking # 9200-******56-69** | 0.11 | 1,058.66 | 0.00 |
|  | **$1,017,726.21** | **$1,017,726.21** | **$0.00** |